WELLS T. JAYNE, Suing as WILLIAM T. JAYNE, Appellant, *v.* WILMORE ANWAY et al., as Executors of DEWITT C. JAYNE, Deceased, Respondents.

*Jayne* v. *Anway*, 82 App. Div 640, affirmed.
(Argued June 15, 1904; decided August 5, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 11, 1903, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term.

*W. T. Shaw* for appellant.

*John J. Beattie* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WILLIAM L. STRAUSS et al., Appellants.

*People* v. *Strauss*, 94 App. Div. 453, affirmed.
(Argued June 16, 1904; decided August 5, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 24, 1904, which affirmed a judgment of the Court of Special Sessions of the city of New York convicting the defendants of a violation of subdivision 4 of section 364 of the Penal Code.

*Julius M. Mayer* and *A. S. Gilbert* for appellants.

*William Travers Jerome, District Attorney* (*Howard S. Gans* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.